NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1548

### HITACHI KOKI CO., LTD.,

Plaintiff-Appellant,

v.

### DAVID J. KAPPOS, Director, Patent and Trademark Office,

Defendant-Appellee.

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-1504, Judge Ellen S. Huvelle.

## ON MOTION

## O R D E R

Upon consideration of the appellee's unopposed motion for a 32-day extension of time, until May 10, 2010, to file his brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

APR 0 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul Devinsky, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2010

JAN HORBALY
CLERK